THE TOWN OF KEARNY, respondent,

*v.*

NEW JERSEY SUBURBAN WATER COMPANY et al., appellants.

[Decided January 10th, 1935.]

*Mr. Merritt Lane,* for the respondent.

*Messrs. McCarter & English,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and printed in *10 N. J. Mis. R. 1015.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.